Richard S. Amador (SBN 137417)
  amador@sanchez-amador.com
Jamie Rudman (SBN 166727)
  rudman@sanchez-amador.com
Jessica M. Iglesias (SBN 280484)
  iglesias@sanchez-amador.com
SANCHEZ & AMADOR, LLP
811 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
(213) 955-7200 Tel.
(213) 955-7201 Fax

Attorneys for Defendant
JPMorgan Chase & Co.

JS-6

Thomas Saenz (SBN 159430)
Matthew J. Barragan (SBN 283883)
mbarragan@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

Attorneys for Plaintiff
Jesus Leon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LEON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE & CO., and DOES 1 to10, inclusive,<br><br>　　　　Defendants. | CASE NO.:  2:15-cv-00775-R-ASx<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Los Angeles County Superior Court Case No. BC568553] |

# ORDER

Having considered the Stipulation To Dismiss Entire Action With Prejudice filed by Plaintiff Jesus Leon and Defendant JPMorgan Chase & Co., this action is dismissed in its entirety with prejudice.

**SO ORDERED.**

Dated: September 3, 2015     _____
Hon. Manuel L. Real
United States District Judge
of the Central District of California